PUBLISH

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 97-6306

————————————————

D. C. Docket No. 97-T-476-N

WALTER HILL,

Plaintiff-Appellant,

versus

JOE S. HOPPER, Commissioner
of Alabama Department of
Corrections,

Defendant-Appellee.

————————————————

Appeal from the United States District Court
for the Middle District of Alabama

————————————————

(April 25, 1997)

Before HATCHETT, Chief Judge, COX and BLACK, Circuit Judges.

PER CURIAM:

On April 24, 1997, Appellant Walter Hill filed with this Court a "Motion for Injunction Against Execution Pending Disposition of Petition for Writ of Certiorari." The motion requests that this Court enjoin the State of Alabama from executing Hill pending the United States Supreme Court's disposition of his petition for certiorari. The petition for certiorari seeks review of a decision issued by this Court on April 17, 1997. See Hill v. Hopper, ___ F.3d ___, No. 97-6306 (11th Cir. Apr. 17, 1997). On April 25, 1997, the State of Alabama filed a response to Appellant Hill's motion. After careful consideration, we hereby deny Appellant Hill's Motion for Injunction.

DENIED.